E-FILED

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

MAUREEN C. BESSETTE (NYSBN 2468254)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA, 94612
   Telephone: (510) 637-3691
   Telefax:   (510) 637-3724
   maureen.bessette@usdoj.gov

Attorneys for Plaintiff

**FILED**

MAY 1 8 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIKA BRADY and<br>JENELLE STILLWELL,<br><br>    Defendants. | No. CR 03-40006 DLJ<br><br>NOTICE OF DISMISSAL |

    With leave of the Court, and pursuant to Rule 48(a) of the Federal Rule of Criminal Procedure, the United States Attorney for the Northern District of California dismisses the Indictment and Warrants for Arrest against the above-names defendants.

////

////

////

NOTICE OF DISMISSAL

Reason for dismissal is that defendant Jenelle Stillwell is serving 9 years in state prison on state robbery charges, and the evidence against defendant Erika Brady is weak and insufficient to support the charged offense.

DATED: May 15, 2009.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


/s/
BRIAN J. STRETCH
Assistant United States Attorney

Leave of the Court is granted to the government to dismiss the Indictment and Warrant for Arrest against the above-named defendants.

DATED: May 18, 2009

D. LOWELL JENSEN
United States District Judge

NOTICE OF DISMISSAL                                    2